# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

VANESSA YATEMAN,

    Plaintiff,

v.                                                             Case No. 2:23-cv-2626-MSN-atc
                                                                     JURY DEMAND

COMCAST,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint (ECF No. 1), filed October 2, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulated Notice of Dismissal (ECF No. 16), filed May 20, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 22, 2024
Date